# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2216 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 176 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 204756 |
| | : | |
| ALLAN CHRISTOPHER SMITH | : | (Bucks County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of May, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline is granted, and Allan Christopher Smith is suspended on consent from the Bar of this Commonwealth for a period of five years retroactive to October 27, 2015. He shall comply with all the provisions of Pa.R.D.E. 217.